## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1892                      Assigned/Issued By: J. N.

Judge Name: NORGLE                          Designated Magistrate Judge: ASHMAN

### FEE INFORMATION

Amount Due:   ☑ $350.00     ☐ $39.00      ☐ $5.00
              ☐ IFP         ☐ No Fee      ☐ Other _____
              ☐ $455.00

Number of Service Copies _____       Date: _____
*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 2662434

Date Payment Rec'd: 4-2-08                Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                                 ☐ Alias Summons
☐ Third Party Summons                     ☐ Lis Pendens
☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons      _____
☐ Citation to Discover Assets             _____
                                          *(Victim, Against and $ Amount)*
☐ Writ _____                         ☐ Other
   *(Type of Writ)*                          _____
                                             _____
                                             *(Type of issuance)*

1 Original and 0 copies on 4-2-08 as to DEFENDANT
                          *(Date)*