AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

WEBSTER BANK NATIONAL
ASSOCIATION,
        Plaintiff

          V.

ROMAN SAVCHENKO,
        Defendant

CASE NUMBER:   08CV1892

ASSIGNED JUDGE:   JUDGE NORGLE

DESIGNATED
MAGISTRATE JUDGE:  MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Roman Savchenko
4902 N. Winchester Ave
Chicago, IL  60640

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Lynch
Lynch & Stern LLP
150 S. Wacker Drive, Suite 2600
Chicago, IL  60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**April 2, 2008**

Date

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE July 23, 2008 |
|---|---|
| NAME OF SERVER (PRINT)  John C. Mahr | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant.  Place where served:  ___4913 North Winchester,___

___Chicago, IL   60640___

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL $74.75 | SERVICES $301.60 | TOTAL $376.35 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  ___July 25, 2008___      _____
            Date                     *Signature of Server*

___120 East Ogden, Suite 12, Hinsdale, IL   60521___
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.