IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WEBSTER BANK, NATIONAL ASSOCIATION,<br><br>      Plaintiff<br><br>v.<br><br>ROMAN SAVCHENKO,<br><br>      Defendant. | Case No. 08 C 01892<br><br>Hon. Charles R. Norgle |

## NOTICE OF MOTION

To:   Roman Savchenko
         4902 N. Winchester Ave
         Chicago, IL 60640

     PLEASE TAKE NOTICE that on August 15, 2008 at 10:30 or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Charles R. Norgle, at the Dirksen Federal Courthouse, Room 2341, 219 South Dearborn Street Chicago, IL 60604 or before any other judge who may be sitting in his stead, and shall then and there present the attached: **Motion to Expedite Discovery.**

Dated: August 6, 2008

Daniel Lynch (Ill. Bar No. 6202499)
Amy J. Hansen (Ill. Bar No. 6292957)
Lynch & Stern LLP
150 S. Wacker Dr., Suite 2600
Chicago, IL 60606
(312) 442-9480 / (312) 896-5883 (fax)

Respectfully submitted,
Webster Bank, National Association,


  s/ *Amy J. Hansen* (filed electronically)
By: One of Its Attorneys

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that Plaintiff's **Motion to Expedite Discovery** was served on the Defendant at his last known address, listed above, via First Class U.S. Mail, with proper postage affixed before the hour of 5:00 p.m. on August 6, 2008.

                                                                              s/ *Amy J. Hansen* (filed electronically)