UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Webster Bank, National Association
                              Plaintiff,

v.                                              Case No.: 1:08–cv–01892
                                                Honorable Charles R. Norgle Sr.

Roman Savchenko
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

   MINUTE entry before the Honorable Charles R. Norgle, Sr:Plaintiff's Motion to Expedite Discovery [10] is granted. Defendant shall comply with F.R.C.P. 26. by 9/8/2008. Plaintiff is allowed to inspect property at 4907 N. Winchester Avenue, Chicago, Illinois 60640. Mailed notice(ewf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.